UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cr-24-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| ANTWAN RAY HAWKINS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 27).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: August 25, 2020

Max O. Cogburn Jr
United States District Judge